NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0005597**
**26-FEB-2014**
**08:09 AM**

NO. CAAP-13-0005597

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
DEWITT LONG, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 12-1-1613)

ORDER GRANTING "MOTION TO WITHDRAW STATE'S APPEAL"
(By:  Fujise, J., for the court[1])

Upon consideration of the "Motion to Withdraw State's Appeal" (Motion) filed on February 24, 2014 by Plaintiff-Appellant State of Hawai'i, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed.

DATED:  Honolulu, Hawai'i, February 26, 2014.

Associate Judge

---

[1]  Considered by Foley, Presiding Judge, Fujise and Leonard, JJ.